## 57541. GARY v. THE STATE.

DEEN, Chief Judge.

The sole complaint in this appeal from a conviction for shoplifting is that the judge at one point spoke of appropriation of the thing taken to "its" rather than "the defendant's" own use. Taken in context and as a whole, the error, an obvious slip of the tongue, could not have been misleading. *Griffis v. State,* 242 Ga. 26 (247 SE2d 833) (1978).

*Judgment affirmed. McMurray, P. J., and Birdsong, J., concur. Shulman, J., not participating.*

SUBMITTED APRIL 3, 1979 — DECIDED JUNE 5, 1979.

*Guy B. Scott, Jr.,* for appellant.
*Ken Stula, Solicitor,* for appellee.